IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRENDA KEYS,

    Plaintiff,

vs.                                      CASE NO. 5:10cv185/RS-EMT

GLENN HESS, in his official capacity as
State Attorney for the Fourteenth Judicial
Circuit; GLENN HESS, Individually; BEN LEE,
Individually; and JENNIFER WELLS,
Individually,

    Defendants.
_____/

## ORDER

Defendants' Motion To Dismiss (Doc. 11) is denied as moot.

**ORDERED** on October 15, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**